IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DONALD CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 07-1606-HU |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Merrill Schneider
Schneider Law Offices
14415 SE Stark Street
Portland, Oregon  97233-2153

Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

      Attorneys for Defendant

KING, Judge:

      The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on December 11, 2008.  The matter is before this court.  <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings <u>de novo</u> review.  <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See</u> <u>also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#18).

      IT IS HEREBY ORDERED that the Secretary's decision is AFFIRMED.

      DATED this   12th   day of January, 2009.


         /s/ Garr M. King
                GARR M. KING
           United States District Judge